# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**777**
**CAF 14-00203**
PRESENT: SCUDDER, P.J., SMITH, SCONIERS, VALENTINO, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ANDRE R. CASHAW,
PETITIONER-RESPONDENT,

                V                                MEMORANDUM AND ORDER

SHANTELLE SMITH, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

WILLIAM D. BRODERICK, JR., ELMA, FOR RESPONDENT-APPELLANT.

ALAN BIRNHOLZ, EAST AMHERST, FOR PETITIONER-RESPONDENT.

JENNIFER Z. BLACKHALL, ATTORNEY FOR THE CHILD, CHEEKTOWAGA.

---

     Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered August 20, 2013 in a proceeding pursuant to Family Court Act article 6.  The order awarded the parties joint legal custody of the subject child with Andre R. Cashaw acting as the primary residential parent.

     It is hereby ORDERED that said appeal is unanimously dismissed without costs.

     Same memorandum as in *Matter of Smith v Cashaw* ([appeal No. 1] ___ AD3d ___ [June 12, 2015]).

Entered:  June 12, 2015                   Frances E. Cafarell
                                         Clerk of the Court